UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Deonte P. Blountt, | Civil No. 14-1686 DSD/BRT |
| Plaintiff, | |
| vs. | |
| Officer Jason Buck, in his individual and official capacities as Police Officer of City of Brooklyn Park, | |
| Defendant. | |

---

## AMENDED ORDER FOR DISMISSAL WITH PREJUDICE

---

The foregoing Stipulation [ECF Doc. No. 25], having been presented to the Court on behalf of the above parties:

IT IS HEREBY ORDERED that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

IT IS FURTHER ORDERED that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

Dated:  October 6, 2015

s/David S. Doty
David S. Doty, Judge
United States District Court